ANNE I. YEN, Bar No. 187291
KERIANNE R. STEELE, Bar No. 250897
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  ayen@unioncounsel.net
             ksteele@unioncounsel.net

Attorneys for Service Employees International Union, Local 521

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LUM, *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, *et al.*,<br><br>              Defendants. | No. 14-CV-05230 LHK<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT;** ~~[PROPOSED]~~ **ORDER THEREON**<br><br>**[LOCAL RULE 6-1]**<br><br>Hearing Date: N/A<br>Time: N/A<br>Courtroom: N/A<br>Judge:       Hon. Lucy H. Koh |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATED REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ~~[PROPOSED]~~ ORDER THEREON
Case No. 14-CV-05230 LHK


## STIPULATED REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The parties to the above-captioned case, by and through their undersigned counsel of record, hereby respectfully request that Defendants Service Employees International Union, Local 521 (hereinafter "SEIU Local 521"), Alan Minato,[1] Controller-Treasurer of the County of Santa Clara (hereinafter "Controller-Treasurer Minato"), and County of Santa Clara (hereinafter "County") be granted until and including February 6, 2015, to respond to Plaintiffs' Complaint. In support of that request, the parties state as follows:

1. The responsive pleading on behalf of Controller-Treasurer Minato is currently due January 16, 2015. The requested extension until and including February 6, 2015 will afford Controller-Treasurer Minato a twenty-one (21) day extension of time to respond to the Complaint.

2. The responsive pleading on behalf of the County is currently due January 12, 2015. The requested extension until and including February 6, 2015 will afford County a twenty-five (25) day extension of time to respond to the Complaint.

3. The responsive pleading on behalf of SEIU Local 521 is currently due on January 8, 2015. The requested extension until and including February 6, 2015 will afford Local 521 a twenty-eight (28) day extension of time to respond to the Complaint.

4. No previous extensions of time to respond to the Complaint have been requested or granted in this case.

5. The requested extension of time is necessary because Defendants have either only recently secured, or are currently in the process of securing, counsel to represent them in this case, Plaintiffs' Complaint contains numerous factual allegations that counsel must investigate in order to prepare responsive pleadings, and Defendants' counsel have a number of litigation commitments that will require their attention during the month of January.

---

[1] Former Controller-Treasurer Irene Lui left her official position with the County of Santa Clara after the Complaint in this matter was filed. She has been succeeded in her official capacity as the County of Santa Clara Controller-Treasurer by Alan Minato. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Minato will be automatically substituted for Ms. Lui in his official capacity as Controller-Treasurer for the County of Santa Clara.

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATED REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON
Case No. 14-CV-05230 LHK

6. The requested extension of time will not require the Court to reschedule any pretrial dates previously scheduled in this case.

The foregoing is hereby stipulated among the parties in this action, who respectfully request the Court to grant the extension of time.

Dated: January 5, 2015　　　　　　　　　　GARY, TILL & BURLINGHAM

　　　　　　　　　　　　　　　　　　　　/s/ Steven Burlingham (*with permission*)
　　　　　　　　　　　　　　By:　　　STEVEN BURLINGHAM
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs JEFFREY LUM;
　　　　　　　　　　　　　　　　　　　ANDREW LI; and the Classes They Seek to
　　　　　　　　　　　　　　　　　　　Represent
　　　　　　　　　　　　　　　　　　　Gary, Till & Burlingham
　　　　　　　　　　　　　　　　　　　5330 Madison Avenue, Suite F
　　　　　　　　　　　　　　　　　　　Sacramento, CA 95841
　　　　　　　　　　　　　　　　　　　Phone: (916) 332-8122
　　　　　　　　　　　　　　　　　　　Facsimile: (916) 332-8153

Dated: January 5, 2015　　　　　　　　　　COUNTY OF SANTA CLARA

　　　　　　　　　　　　　　　　　　　　/s/ Nancy Clark (*with permission*)
　　　　　　　　　　　　　　By:　　　ORRY P. KORB
　　　　　　　　　　　　　　　　　　　NANCY CLARK
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants COUNTY OF SANTA
　　　　　　　　　　　　　　　　　　　CLARA and ALAN MINATO, as Controller-
　　　　　　　　　　　　　　　　　　　Treasurer, County of Santa Clara
　　　　　　　　　　　　　　　　　　　Santa Clara County Office of County Counsel
　　　　　　　　　　　　　　　　　　　70 West Hedding St., 9th Floor
　　　　　　　　　　　　　　　　　　　San Jose, CA 95110
　　　　　　　　　　　　　　　　　　　Phone: (408) 299-5900
　　　　　　　　　　　　　　　　　　　Facsimile: (408) 292-7240

Dated: January 5, 2015　　　　　　　　　　WEINBERG, ROGER & ROSENFELD
　　　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　　　　/s/ Kerianne R. Steele
　　　　　　　　　　　　　　By:　　　KERIANNE R. STEELE
　　　　　　　　　　　　　　　　　　　Attorneys for SEIU Local 521
　　　　　　　　　　　　　　　　　　　Weinberg, Roger & Rosenfeld
　　　　　　　　　　　　　　　　　　　1001 Marina Village Parkway, Suite 200
　　　　　　　　　　　　　　　　　　　Alameda, CA 94501
　　　　　　　　　　　　　　　　　　　Phone: (510) 337-1001
　　　　　　　　　　　　　　　　　　　Facsimile: (510) 337-1023

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATED REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON
Case No. 14-CV-05230 LHK

**[PROPOSED] ORDER**

**IT IS SO ORDERED**

Dated: January 7, 2015

By: _____
HONORABLE LUCY H. KOH
United States District Court Judge

137792/793147

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
STIPULATED REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON
Case No. 14-CV-05230 LHK