UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY LUM, et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521, et al.,<br><br>                    Defendants. | Case No.: 14-CV-05230-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney: Nathan McGrath
Defendant SEIU Local 521's Attorneys: Kerianne Steele; Scott Kronland
Defendant Santa Clara County's Attorney: Nancy Clark

An initial case management conference was held on April 22, 2015. A further case management conference is set for July 22, 2015, at 2:00 p.m. The parties shall file their joint case management statement by July 15, 2015. The parties should be prepared to set a case schedule at the July 22 case management conference.

The Court set the following deadlines:

DEADLINE TO AMEND PLEADINGS OR ADD PARTIES: May 13, 2015

DEADLINE TO COMPLETE MEDIATION: July 16, 2015

1

Case No.: 14-CV-05230-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: April 22, 2015

_____
LUCY H. KOH
United States District Judge