UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LUM, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521, et al.,<br><br>        Defendants. | Case No. 14-cv-05230-LHK   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: June 16 and 17, 2015<br>Mediator: Suzanne Nusbaum |

IT IS HEREBY ORDERED that the request to excuse defendant Service Employees International Union, Local 521's insurance representative, Laverne Wingfield, from appearing in person at the June 16 and 17, 2015, mediation before Suzanne Nusbaum is GRANTED. The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: June 2, 2015

Maria-Elena James
United States Magistrate Judge