UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY LUM, et al., | Case No. 14-CV-05230-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521, et al., | |
| Defendants. | |

Plaintiffs' Attorney: Nathan McGrath
Defendant SEIU Local 521's Attorney: Kerianne Steele
Defendant Santa Clara County's Attorney: Nancy Clark

A case management conference was held on July 22, 2015. A further case management conference is set for September 2, 2015, at 2:00 p.m. The parties shall file their joint case management statement by August 26, 2015.

If the parties have reached a settlement on Counts II and III, the parties' August 26, 2015 joint case management statement shall indicate when Plaintiffs intend to file their motion for preliminary approval. If the parties have not reached a settlement on Counts II and III, their joint case management statement shall propose a schedule through trial on those counts.

By August 5, 2015, the parties shall file with the Court either a stipulation to dismiss Count I without prejudice subject to a tolling agreement between the parties or a stipulation requesting a stay of Count I.

1

Case No. 14-CV-05230-LHK
CASE MANAGEMENT ORDER

1   **IT IS SO ORDERED.**

3   Dated: July 22, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 14-CV-05230-LHK
CASE MANAGEMENT ORDER