UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY LUM, et al., <br><br>             Plaintiffs, <br><br>       v. <br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521, et al., <br><br>             Defendants. | Case No. 14-CV-05230-LHK <br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney: Nathan McGrath
Defendant SEIU Local 521's Attorney: Kerianne Steele
Defendant Santa Clara County's Attorney: Nancy Clark

    A case management conference was held on September 2, 2015. A further case management conference is set for December 16, 2015, at 2:00 p.m. The parties shall file their joint case management statement by December 9, 2015.

    Each side may file one dispositive motion in the entire case.

    The Court set the following case schedule:

1

Case No. 14-CV-05230-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
|---|---|
| Further CMC | December 16, 2015, at 2:00 p.m. |
| Class Certification Briefing Schedule | Motion: January 4, 2016<br>Opposition: January 25, 2016<br>Reply: February 4, 2016 |
| Hearing on Motion for Class Certification | February 18, 2016, at 1:30 p.m. |
| Fact Discovery Cutoff | April 1, 2016 |
| Briefing Schedule on Dispositive Motions (one per side in whole case) | Motion: April 11, 2016<br>Opposition: May 2, 2016<br>Reply: May 12, 2016 |
| Hearing on Dispositive Motions | June 2, 2016, at 1:30 p.m. |
| Final Pretrial Conference | August 4, 2016, at 1:30 p.m. |
| Bench Trial | August 15, 2016, at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated: September 2, 2015

_____
LUCY H. KOH
United States District Judge