ANNE I. YEN, Bar No. 187291
KERIANNE R. STEELE, Bar No. 250897
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone: (510) 337-1001
Facsimile:  (510) 337-1023
E-Mails: ayen@unioncounsel.net; ksteele@unioncounsel.net

JEFFREY B. DEMAIN, Bar No. 126715
SCOTT A. KRONLAND, Bar No. 171693
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone: (415) 421-7151
Facsimile:  (415) 362-8064
E-Mails: jdemain@altber.com; skronland@altber.com

*Attorneys for Defendant SEIU LOCAL 521*

ORRY P. KORB, County Counsel, Bar No. 114399
NANCY J. CLARK, Lead Deputy County Counsel, Bar No. 157839
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
E-Mails: orry.korb@cco.sccgov.org; nancy.clark@cco.sccgov.org

*Attorneys for Defendants COUNTY OF SANTA CLARA & CONTROLLER-TREASURER ALAN MINATO*

**[Additional counsel listed on next page]**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LUM, *et al.*,<br><br>               Plaintiffs,<br><br>     v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, *et al.*,<br><br>               Defendants. | No. 14-CV-05230 LHK<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO SUSPEND LITIGATION DATES AND [PROPOSED] ORDER**<br><br>Judge:  Hon. Lucy H. Koh |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

NOTICE OF SETTLEMENT AND REQUEST TO SUSPEND LITIGATION DATES AND [PROPOSED] ORDER, Case No. 14-CV-05230 LHK

**Additional counsel (continued from first page):**

STEVEN R. BURLINGHAM (Bar No. 88554)
GARY, TILL AND BURLINGHAM
5330 Madison Avenue, Suite F
Sacramento, California 95841
Telephone: (916) 332-8122
Facsimile: (916) 332-8153
Email: steveb@gtblaw.com

Milton L. Chappell, Esq. (D.C. Bar No. 936153)
Nathan J. McGrath, Esq. (Pa. Bar No. 308845)
   (admitted *pro hac vice*)
c/o National Right to Work Legal
Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22151
Telephone: (703) 321-8510
Facsimile: (703) 321-9319
E-mails: mlc@nrtw.org; njm@nrtw.org

*Attorneys for Plaintiffs Jeffrey Lum and Andrew Li,
and the Class They Seek to Represent*

TO THE HONORABLE COURT:

Pursuant to the Parties' Third Joint CMS, ECF No. 42, filed on August 26, 2015, the Parties hereby give notice to the Court that they have reached a fully executed Settlement Agreement and Release ("Settlement Agreement") as of October 15, 2015, a true and correct copy of which is attached hereto as **Exhibit A**. As stated in their Settlement Agreement, Plaintiffs will file a motion for settlement class certification and related documents in conjunction with the Parties' motion for preliminary approval of the Settlement Agreement, which will be filed on or before November 30, 2015, forty-five (45) days subsequent to the full execution of the Settlement Agreement. The Parties will then pursue final approval in accordance with the procedures set forth on the Court's website, found at www.cand.uscourts.gov/ClassActionSettlementGuidence.

The Parties request that the Court issue an order suspending the litigation dates it set forth in its September 2, 2015 Case Management Order, ECF No. 43, so that the Parties can focus their attention and resources on seeking final approval of the Settlement Agreement.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
NOTICE OF SETTLEMENT AND REQUEST TO SUSPEND LITIGATION DATES AND [PROPOSED] ORDER, Case No. 14-CV-05230 LHK

| | | |
|---|---|---|
| 1 | Dated: October 16, 2015 | WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation |
| 2 | | */s/ Kerianne R. Steele* |
| 3 | | By: KERIANNE R. STEELE<br>Weinberg, Roger & Rosenfeld<br>1001 Marina Village Parkway, Suite 200<br>Alameda, CA 94501<br>Phone: (510) 337-1001<br>Facsimile: (510) 337-1023 |

JEFFREY B. DEMAIN
SCOTT A. KRONLAND
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Facsimile: (415) 421-7151

*Attorneys for Defendant SEIU Local 521*

Dated: October 16, 2015                    COUNTY OF SANTA CLARA

*/s/ Nancy Clark*
By:   NANCY CLARK
      ORRY P. KORB
      Santa Clara County Office of County Counsel
      70 West Hedding St 9th Floor
      San Jose, CA 95110
      Phone: (408) 299-5900
      Facsimile: (408) 292-7240

*Attorneys for Defendants County of Santa Clara and Alan Minato, as Controller-Treasurer, County of Santa Clara*

Dated: October 16, 2015                    */s/ Nathan J. McGrath*
By:   NATHAN J. MCGRATH (admitted *pro hac vice*)
      MILTON L. CHAPPELL
      c/o National Right to Work Legal Defense
      Foundation, Inc.
      8001 Braddock Rd., Suite 600
      Springfield, VA 22151
      Phone: (703) 321-8510
      Facsimile: (703) 321-9319

STEVEN R. BURLINGHAM
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, CA 95841
Phone: (916) 332-8122
Facsimile: (916) 332-8153

*Attorneys for Plaintiffs Jeffrey Lum; Andrew Li; and the Class They Seek to Represent*

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

NOTICE OF SETTLEMENT AND REQUEST TO SUSPEND LITIGATION DATES AND [PROPOSED] ORDER, Case No. 14-CV-05230 LHK

**[PROPOSED] ORDER**

Having duly considered the Parties' Notice of Settlement and Request to Suspend Litigation Dates, it is **ORDERED** that the Parties should proceed as they indicate they will in order to pursue final approval of their Settlement Agreement and that the litigation dates set forth in the Court's September 2, 2015 Case Management Order are indefinitely suspended.

The Court makes the further orders stated below:

The Motion for Settlement Class Certification and the Motion for Preliminary Approval will be heard on February 18, 2016, at 1:30 p.m.  The Motion for Preliminary Approval and accompanying proposed order should contain a comprehensive analysis of why the settlement meets the standards for preliminary approval.  The December 16, 2015 case management conference remains as set.

**IT IS SO ORDERED.**

Dated: October 19, 2015

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
NOTICE OF SETTLEMENT AND REQUEST TO SUSPEND LITIGATION DATES AND [PROPOSED] ORDER, Case No. 14-CV-05230 LHK