1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY LUM, *et al.*,

                        Plaintiffs,

     v.

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 521, *et al.*,

                      Defendants.

No. 14-CV-05230 LHK

**[PROPOSED] FINAL JUDGMENT OF DISMISSAL**

Judge:  Hon. Lucy H. Koh

Having granted final approval of the Settlement Agreement and Release of Counts II and

III of the First Amended Complaint, ECF No. 53-1, between the Parties in this class action[1] on

June 30, 2016, ECF No. 76, **IT IS NOW HEREBY ORDERED, ADJUDGED, AND**

**DECREED** that:

     1.     Count I of this action is dismissed without prejudice, subject to the tolling

             agreement and waiver agreed to by Parties, ECF No. 41;

     2.     Counts II and III are dismissed with prejudice subject to the terms and conditions

             of the Settlement Agreement and Release of Counts II and III of the First

             Amended Complaint ("Settlement Agreement"), ECF No. 53-1, and the provisions

             of the Settlement Agreement not explicitly set forth in this Final Judgment of

             Dismissal shall herewith be incorporated into said Judgment and shall further

             control the rights and the obligations of the Parties and this Court as they pertain to

             the causes of action in Counts II and III in the above-captioned matter; and

---

[1] Pursuant to Federal Rule of Civil Procedure 23(c)(3)(A), the description of those persons the
Court finds to be class members in this matter is:

> [A]ll nonmember Employees who, between December 1, 2012, and
> the date of final approval of this Agreement by the District Court,
> have timely and properly objected to paying non-chargeable fees to
> Local 521.  "Employee" is defined as "a public sector employee
> who is represented in collective bargaining by Local 521."

Order Granting Final Approval of Settlement, p. 1, June 30, 2016, ECF No. 76.

1

3.     Pursuant to Paragraph 18 of the Settlement Agreement, the Court will retain jurisdiction of the interpretation and enforcement of the terms of the Settlement Agreement and for whatever else is provided for in the Settlement Agreement.

4.     The Clerk shall close the case file.

Dated: July 21, 2016

By:     Honorable Lucy H. Koh
UNITED STATES DISTRICT COURT JUDGE

137792\873409

2

[PROPOSED] FINAL JUDGMENT OF DISMISSAL
Case No. 14-CV-05230 LHK